UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH CAMPBELL, et al.,
    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK), et al.,
    Defendants.

CIVIL ACTION NO. 1:99CV02979
Judge Sullivan

[40-1, 2]

FILED
JUN 2 0 2000
U.S. DISTRICT COURT CLERK

ORDER GRANTING
MOTION OF CERTAIN UNION DEFENDANTS
TO DISMISS WITHOUT PREJUDICE

Defendants International Brotherhood of Electrical Workers ("IBEW"), Brotherhood of Locomotive Engineers ("BLE"), Sheet Metal Workers International Association ("SMWIA"), Brotherhood of Railroad Signalmen ("BRS"), International Brotherhood of Boilermakers and Blacksmiths ("IBB"), and National Conference of Firemen & Oilers ("NCFO"), all of whom are named as defendants only under F.R.C.P. 19, have moved the Court to be dismissed without prejudice to their being rejoined as defendants at such time as plaintiffs have proven their case against Amtrak and a showing has been made that their presence is necessary to the consideration of the relief to be ordered. Good cause having been shown, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED THAT defendants IBEW, BLE, SMWIA, BRS, IBBB, and NCFO are dismissed without prejudice. Plaintiffs may seek to rejoin any of these entities as defendants within 30 days after entry of an Order by this Court finding for plaintiffs on their allegations against Amtrak by showing that the presence of

one or more of them is necessary to the granting of relief plaintiffs seek at that time.

_____
United States District Judge

Dated: 6/20/00

Copies to:

Timothy Fleming
GORDON, SILBERMAN, WIGGINS &
   CHILDS, P.C.
1621 Connecticut Ave. NW
Suite 400
Washington, DC 20009

Robert Childs, Jr.
GORDON, SILBERMAN, WIGGINS &
   CHILDS, P.C.
1400 South Trust Tower
Birmingham, AL 35203

Avis E. Buchanan
Washington Lawyers Committee
   For Civil Rights
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

Joseph Guerrieri, Jeffrey Bartos
Guerrieri, Edmond & Clayman
1625 Massachusetts Ave. NW
Suite 700
Washington, DC 20036

Thomas E. Reinert, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1800 M Street NW
Washington, DC 20036

Erick J. Genser
Mulholland & Hickey
1125 15th St. NW
Suite 400
Washington, DC 20005

Michael S. Wolly
Zwerdling, Paul, Leibig, Kahn,
Thompson & Wolly, P.C.
1025 Connecticut Avenue, N.W.
Suite 712
Washington, D.C.  20036