IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CAMPBELL, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:99CV02979 (EGS) |
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) CLASS ACTION |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1) and Rule 3 of the Federal Rules of Appellate Procedure, Defendant National Railroad Passenger Corporation appeals this Court's decision to grant Plaintiff's Motion for Preliminary Injunction, entered by minute order on July 7, 2004, and all rulings incorporated therein, to the United States Court of Appeals for the District of Columbia Circuit.

Date: January 7, 2005

Respectfully submitted,

Grace E. Speights (D.C. Bar #392091)
Richard W. Black (D.C. Bar #467982)
Ray E. Donahue (D.C. Bar #482930)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

Melissa Rogers, Esq. (D.C. Bar #436189)
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3191

Attorneys for Defendant
National Railroad Passenger Corporation

RECEIVED
JAN 07 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2005, a copy of the foregoing Defendant National Railroad Passenger Corporation's Notice of Appeal was served by hand delivery on counsel for Plaintiffs as follows:

> Timothy B. Fleming, Esquire
> Lori B. Kisch, Esquire
> Wiggins, Childs, Quinn & Pantazis
> 7 Dupont Circle, N.W., Suite 200
> Washington, D.C. 20036

_____
Ray E. Donahue

```
======NO REFUND WITHOUT RECEIPT======
    CHECK TENDERED $           $255.00
         255.00
===== T O T A L ======
         255.00
086900    FILING FEE CIVIL
CASE # 99-2979
======NO REFUND WITHOUT RECEIPT======
 DC   1-1 TAN         Receipt # 130837
 01/07/05                     2:01:53 PM
       WASHINGTON D.C.
  U.S. DISTRICT COURT
```

2