IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CAMPBELL, ET. AL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) CIVIL ACTION NO. 1:99CV02979 (EGS) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, ) CLASS ACTION | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On July 7, 2004, the Court, from the bench and by Minute Order, granted Plaintiffs' Motion for Preliminary Injunction and Order for Preservation of Documents.

On December 10, 2004, the Court, *sua sponte*, stated its intention to reconsider its July 7, 2004 decision to grant Plaintiffs' Motion.

On April 8, 2005, the Court ordered Defendant Amtrak to (1) "file notice with the Court . . . of the steps it has taken and will continue to take to ensure that all documents relevant to Plaintiffs' claims are preserved and maintained;" (2) "provide to the Court . . ., for *in camera review*, a copy of all written instructions that were and will be given to Amtrak employees regarding document preservation;" and (3) "provide in its filing a list of all employee positions that have received written instructions . . . and a list of employee positions that will receive such instructions regarding document preservation."

Upon reconsideration of its July 7, 2004 decision to grant Plaintiffs' Motion, as well as consideration of Amtrak's *in camera* submission, the Court finds that Amtrak has taken the appropriate steps to preserve evidence in this case.

1-WA/2455946.1

Accordingly, it is hereby **ORDERED** that the Court's decision to grant Plaintiffs' Motion for Preliminary Injunction and Order for Preservation of Documents is **VACATED**, and that Plaintiffs' Motion is **DENIED** in its entirety.

**IT IS FURTHER ORDERED** that Amtrak, consistent with its *in camera* submission and representations made to the Court, shall continue to abide by its legal responsibility to preserve evidence in this case.

So ordered this 5th day of October, 2005.

Emmet G. Sullivan
United States District Judge
District of the District of Columbia

1-WA/2455946.1