# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KENNETH CAMPBELL,** *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:99CV02979 (EGS) |
| | ) | Judge Sullivan |
| **NATIONAL RAILROAD PASSENGER CORPORATION, et al.** | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING OF INTERROGATORIES

The Plaintiffs, through their undersigned Counsel, and pursuant to this Court's Order of January 24, 2007, hereby file the Interrogatories attached hereto as Attachment A.

Although the discussion in court on January 24, 2007, and the text of the Court's Order, referenced a a single Interrogatory regarding the Affirmative Action Plans, Plaintiffs have, for reasons of clarity, propounded two Interrogatories. Amtrak's designated Rule 30(b)(6) witnesses were not able to address either subject, and Plaintiffs separated the questions simply for ease and efficiency, particularly because the most direct way of ascertaining the answer to Interrogatory No. 2 is to simply ask the question, rather than to identify the person(s) who may know the answer.

Respectfully submitted this 26th day of January, 2007.

                                           /s/
                                 Timothy B. Fleming (DC Bar No. 351114)
Lori B. Kisch (DC Bar No. 491282)
Juliene James (DC Bar No. 497338)
**Wiggins Childs Quinn & Pantazis, PLLC**
2031 Florida Avenue, NW, Suite 300
Washington, DC 20009
(202) 467-4123
(202) 467-4489 (facsimile)

Robert F. Childs, Jr. (AL Bar No. CHI003)
Jon C. Goldfarb (AL Bar No. GOL015)
**Wiggins Childs Quinn & Pantazis PC.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 328-0640
(205) 254-1500 (facsimile)

Warren K. Kaplan (DC Bar No. 034470)
Susan E. Huhta (DC Bar No. 4534478)
**Washington Lawyers' Committee for Civil Rights and Urban Affairs**
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

***ATTORNEYS FOR THE PLAINTIFFS***

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of January, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                              By:   s/ Lori B. Kisch      .
                                                   Attorneys for Plaintiffs