UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CAMPBELL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*, <br><br> *Defendants*. | Civil Action No.: 1:99-cv-02979-EGS |

**JOINT STATUS REPORT**

Pursuant to the Court's March 16, 2020 order, Plaintiffs Kenneth Campbell, *et al.* ("Plaintiffs") and Defendant National Railroad Passenger Corporation ("Amtrak") respectfully submit this Joint Status Report to update the Court regarding the status of this matter.

Following the Court's April 26, 2018 Order (Dkt. 390) denying Plaintiffs' Motion for Class Certification, the Parties have engaged in good faith discussions aimed at resolving this matter, and are proceeding with the understanding that any resolution will include the named Plaintiffs and a group of twenty class members, who originally filed suit in New Orleans, Louisiana, but whose claims were dismissed without prejudice in 2003, in light of this action ("New Orleans Plaintiffs").

The current status is that Plaintiffs have sent to Amtrak individual demands for twenty-nine (29) Plaintiffs and three group demands that encompass twenty-five (25) Plaintiffs, meaning that approximately, 60% of the Plaintiffs and the New Orleans Plaintiffs have now provided demands. Plaintiffs' counsel continue to work to finish making demands on behalf of all Plaintiffs and New Orleans Plaintiffs who have authorized Plaintiffs' counsel to make demands.

A demand for about a dozen plaintiffs will be tendered by the end of this week, and Plaintiffs' counsel anticipates the final sub-group demand will be tendered next week.

Amtrak is not in a position to respond to any demands until Plaintiffs' counsel provides a full set of demands.

Dated: June 16, 2020

Respectfully submitted,

By: /s/ Timothy B. Fleming
WIGGINS CHILDS PANTAZIS FISHER
GOLDFARB PLLC
By: /s/ Timothy B. Fleming
Timothy B. Fleming (D.C. Bar No. 351114)
1211 Connecticut Ave., NW, Suite 420
Washington, DC 20036
(202) 467-4489 (phone)
(205) 314-0805 (facsimile)
tfleming@wigginschilds.com

WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
By: /s/ Dennis A. Corkery
Dennis A. Corkery (D.C. Bar No. 1016991)
Joanna K. Wasik (D.C. Bar No.
700 14th Street, NW, Suite 400
Washington, D.C. 20005
(202) 319-1000 (phone)
(202) 319-1010 (facsimile)
Dennis_corkery@washlaw.org
Joanna_Wasik@washlaw.org

*Attorneys for Plaintiffs*

By: /s/ Krissy A. Katzenstein
MORGAN, LEWIS & BOCKIUS LLP
By: /s/ Krissy A. Katzenstein
Grace E. Speights (D.C. Bar No. 392091)
Krissy A. Katzenstein (D.C. Bar No. 1002429)
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 739-3000 (phone)
(202) 739-3001 (facsimile)
grace.speights@morganlewis.com
krissy.katzenstein@morganlewis.com

*Attorneys for Defendant
National Railroad Passenger Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2020, I caused the foregoing to be served on all counsel of record through this Court's CM/ECF system.

*/s/Dennis A. Corkery*